So Ordered.

Dated: February 23, 2024



G. Michael Halfenger  
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

    Carrols Corp,                                                    Case No. 24-20601-gmh  
                                                                                 Chapter 15

    Alleged debtor in a foreign proceeding.

In re:

    Carrols LLC,                                                    Case No. 24-20602-gmh  
                                                                                 Chapter 15

    Alleged debtor in a foreign proceeding.

## ORDER DISMISSING CASES

        On February 12, 2024, the court entered an order requiring Restaurant Brands International to pay the filing fee for each of these cases and to otherwise cure a variety of deficiencies in the initial filings by no later than February 22, 2024, "**or the court will dismiss these cases without further notice or a hearing**." ECF No. 7, at 2.

        The same day, the United States trustee moved to dismiss these cases. The court directed the United States trustee to "serve his motion to dismiss . . . with notice that any objection to it must be filed by no later than February 22, 2024", and "that if no objection to the motion to dismiss is timely filed, the court may dismiss the case without

a hearing." ECF No. 11. The United States trustee filed a notice and a certificate of service demonstrating compliance with the court's directive. ECF Nos. 12 & 13.

Restaurant Brands International did not comply with the February 12 order, and no one, including Restaurant Brands International, timely objected to the United States trustee's motion to dismiss the case.

Therefore, IT IS ORDERED that these cases are dismissed effective upon the entry of this order.

#####