DocuSign Envelope ID: 35CF21D6-86F9-49FE-BA1A-60A22BC70173

Official Form 420A (Notice of Motion or Objection) (12/16)

# United States Bankruptcy Court

District of WISCONSIN

FILED-MAIL
2024 MAR -1 PM 1:12
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

In re CARROLS LLC

[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]

Debtor

Address 968 JAMES ST
SYRACUSE, NY 13203

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): 4958

Employer's Tax Identification (EIN) No(s).(if any): 26-2614958

Case No. 24-20602

Chapter 15

FILED-MAIL 2024 MAR -1 PM 1:13 US BANKRUPTCY COURT EASTERN DISTRICT OF WI

## NOTICE OF [MOTION TO ] [OBJECTION TO ]

CARROLS LLC _____ has filed papers with the court to [relief sought in motion or objection].

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to [relief sought in motion or objection], or if you want the court to consider your views on the [motion] [objection], then on or before (date), you or your attorney must:

[File with the court a written request for a hearing {or, if the court requires a written response, an answer, explaining your position} at:

{address of the bankruptcy clerk's office}

If you mail your {request}{response} to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

{movant's attorney's name and address}

{names and addresses of others to be served}]

[Attend the hearing scheduled to be held on (date), (year) , at ____ a.m./p.m. in Courtroom____, United States Bankruptcy Court, {address}.]

[Other steps required to oppose a motion or objection under local rule or court order.]

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 02/20/2024

Signature: CARROLS LLC
Name: CARROLS LLC
Address: 968 JAMES ST: SYRACUSE, NY 13203.

Official Form 417A (12/23)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

CHAPTER 15

24-20602

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   CARROLS CORP

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☒ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

### Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   DISMISSAL and SEALING OF DOCKET.

2. State the date on which the judgment—or the appealable order or decree—was entered:
   02/12/2024

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: CARROLS CORP    Attorney: WILLIE JOHNSON
   65 SIDNEY ST
   BUFFALO, NY 14211

2. Party: CARROLS LLC    Attorney: ROBERT W JOHNSON
   65 SIDNEY ST
   BUFFALO, NY 14211

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_[signature]_  Date: 02/18/2024
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

65 SIDNEY ST.
BUFFALO, NY 14211

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

Robert W. Johnson
65 Sidney St.
Buffalo, NY 14211

MAR 01 2024

FEB 26 2024

Court Clerk
U.S. Bankruptcy Court
517 East Wisconsin Ave: RM.
Milwaukee, WI 53202